No. 03–5011.  GARZA *v.* DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5012.  GOSSARD *v.* JONES.  C. A. 4th Cir.  Certiorari
denied.

No. 03–5013.  GREENE *v.* MCCALEB, ASSISTANT SECRETARY,
DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS.
C. A. 9th Cir.  Certiorari denied.

No. 03–5014.  HEARN *v.* DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5015.  FERRINGTON *v.* LOUISIANA DEPARTMENT OF
CORRECTIONS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–5017.  HALL *v.* UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 03–5018.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 03–5019.  HARRISON *v.* DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5020.  GODFREY *v.* WASHINGTON.  Ct. App. Wash.
Certiorari denied.

No. 03–5021.  FEBO *v.* UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 03–5022.  FOWLER *v.* BRADLEY ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 03–5023.  HOLLAND *v.* CURTIS, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 03–5024.  HOBBS *v.* UNITED STATES.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 03–5025.  FLUKER *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.